Seaboard Air Line Railway, a Corporation, Plaintiff in Error, v. Andrew J. Keen, Defendant in Error.

Writ of Error to a Judgment of the Circuit Court for Manatee County.

Judgment of the Circuit Court affirmed; Per Curiam decision of the Court.   Taylor, J., dissents.

P. O. Knight and Singeltary & Reaves, for Plaintiff in Error;

H. S. Glazier and W. T. Harrison, for Defendant in Error.